UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC PRINCE JOHNSON GIBSON, by his next friend Angela Mei Ferguson,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

26-CV-6646 (VSB)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

VERNON S. BRODERICK, United States District Judge:

Petitioner Eric Prince Johnson Gibson brings this petition for a writ of *habeas corpus* by his next friend, Angela Mei Ferguson, who is proceeding *pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Petitioner nor his next friend filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Petitioner or his next friend must pay the $5.00 filing fee or submit a completed and signed IFP application. If an IFP application is filed, it should be labeled with docket number 26-CV-6646 (VSB). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner and his next friend fail to comply with this order within the time allowed, and do not request additional time to respond, the Court will dismiss this action without prejudice.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and email a copy of this order to Petitioner's next friend. Petitioner may consent to accept service of documents in this action by email, instead of postal mail, by completing the form, Consent to Electronic Service.

SO ORDERED.

Dated: 8/4/2026
New York, New York

VERNON S. BRODERICK
United States District Judge