UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC PRINCE JOHNSON GIBSON,<br><br>Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *et al.*,<br><br>Respondents. | 26-CV-6646 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On August 6, 2026, I held a telephonic status conference at 11:00 a.m., which was attended by counsel for Respondents and Petitioner's next friend. At the conference, Petitioner's next friend indicated that she might be seeking counsel for Petitioner or to adjourn the upcoming Order to Show Cause hearing, scheduled for August 24, 2026 at 3:00 p.m. If Petitioner's next friend wishes to make any such request, she may do so through a filing on the docket. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery, through this link: https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

SO ORDERED.

Dated: August 12, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge