**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 21, 2026

**By ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Gibson v. Genalo, et al.,* No. 26 Civ. 6646 (VSB)

Dear Judge Broderick:

This Office represents the government in the above-referenced habeas corpus action. On August 4, the Court issued an Order to Show Cause, and scheduled a hearing to take place on August 24. ECF No. 4. On August 11, this Office submitted its response to the petition. ECF No. 7. On August 13, Petitioner, through his next friend, sought an extension of time to file his reply. ECF No. 11. On August 18, the Court granted Petitioner's request for an extension until September 1, and adjourned the Order to Show Cause hearing to September 3. ECF No. 12.

I write to respectfully request that the Court adjourn the September 3 hearing until September 8, or the morning of September 9, or September 10, or the morning of September 11, or at any time during the following week that is convenient to the Court. I make this request because I am out of the office on previously-scheduled leave on the date that the Court rescheduled the hearing, and I will not return to the office until September 8. If the Court does not grant this request, I will seek coverage at the hearing by another attorney in the office. This is the government's first request for an extension or adjournment in this case. Because Petitioner is detained and *pro se*, I have not secured his consent for the requested extension. I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/24/2026

Application granted. The Order to Show Cause hearing currently scheduled for September 3, 2026 at 1:00 p.m. is hereby adjourned until September 8, 2026 at 2:00 p.m.